UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ANN LANDI, | ) | CIVIL ACTION NO. 4:22-CV-1125 |
| *Also Known As Mary Ann Boyer* | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| MAHONING TOWNSHIP, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that Defendant's motion to dismiss (Doc. 8) is GRANTED as follows:

(1) Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and

(2) Plaintiff is granted leave to file an amended complaint on or before **October 24, 2023**.

In the event Plaintiff fails to amend her complaint by this deadline, the dismissal of her complaint will be converted to a dismissal WITH PREJUDICE, and the case will be marked as "closed" without further notice.

Date: September 13, 2023        BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge